In the Matter of the Claim of VICTOR A. CARINCI, Respondent, against PITTSTON STEVEDORING CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued February 19, 1947; decided April 10, 1947.

*S. Chandler Fraser* for appellants.

*Nathaniel L. Goldstein*, Attorney-General (*Roy Wiedersum*, *Wendell P. Brown* and *Theodore M. Schwartz* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.